IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | Criminal Action No. 08- /43 M |
| JEFFREY DANIELS | ) | |
| KENNETH KILSON | ) | |
| Defendants. | ) | |

**MOTION FOR DETENTION HEARING**

**NOW COMES** the United States and moves for the pretrial detention of the defendants, pursuant to 18 U.S.C. § 3142(e) and (f).  In support of the motion, the United States alleges the following:

1. **Eligibility of Case**.  This case is eligible for a  detention order because case involves (**check all that apply**):

      \_\_\_\_    Crime of violence (18 U.S.C. § 3156)

      \_\_\_\_    Maximum sentence life imprisonment or death

      \_X\_    10+ year drug offense

      \_\_\_\_    Felony, with two prior convictions in above categories

      \_\_\_\_    Minor victim; possession or use of firearm, destructive device or other

              dangerous weapon; or failure to register under 18 U.S.C. § 2250

      \_X\_    Serious risk defendant will flee

      \_\_\_\_    Serious risk obstruction of justice

2. **Reason For Detention**.  The court should detain the defendant(s) because there are no conditions of release which will reasonably assure (**check one or both**):

      \_X\_    Defendant's appearance as required

      \_X\_    Safety of any other person and the community

FILED

AUG 1 S 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

3. **Rebuttable Presumption**.  The presumption applies because (**check one or both**):

    _X_  Probable cause to believe defendant(s) committed <u>10+ year drug offense</u> or

firearms offense, 18 U.S.C. § 924(c)

    ___  Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time For Detention Hearing**.  The United States requests the court conduct the detention

hearing,

    ___  At first appearance

    _X_  After continuance of _3_ days (not more than 3).

5. **Temporary Detention**.  The United States request the temporary detention of the defendant

for a period of _____days (not more than 10) so that the appropriate officials can be notified

since (**check 1 or 2, and 3**):

    1.  At the time the offense was committed the defendant was:

        ___  (a) on release pending trial for a felony;

        ___  (b) on release pending imposition or  execution of sentence, appeal

        of sentence or conviction, or completion of sentence for an offense;

        ___  (c) on probation or parole for an offense.

    ___  2.  The defendant is not a citizen of the U.S. or lawfully admitted for permanent

residence.

    ___  3.  The defendant may flee or pose a danger to any other person or the community.

DATED this __18th__ day of ____August_____, 2008.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: _____

Ilana H. Eisenstein
Assistant United States Attorney