## United States District Court

### DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | **Criminal Complaint** |
| v. | CASE NUMBER: 08-143M |
| JEFFREY DANIELS<br>KENNETH KILSON | REDACTED |

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

On or about __August 15, 2008__ in __Sussex__ County, in the District of Delaware:

*The defendants, Jeffrey Daniels and Kenneth Kilson, conspired to possess with intent to distribute more than five hundred grams of cocaine*

in violation of Title ____21____ United States Code, Section(s) __841(a)(1) and 846__.

I further state that I am a(n) __United States Postal Inspector__ and that this complaint is based
                                    Official Title
on the following facts:

   See attached Affidavit

Continued on the attached sheet and made a part hereof:    Yes X

                          _Darby Hedrick_
                          Signature of Complainant
                          Darby S. Hedrick
                          United States Postal Inspector

FILED
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Sworn to before me and subscribed in my presence,

__8/18/08__                at    __Wilmington, DE__
Date                                   City and State

Honorable Mary Pat Thynge
United States Magistrate Judge
Name & Title of Judicial Officer                Signature of Judicial Officer

# AFFIDAVIT

1. I, Darby S. Hedrick am a United States Postal Inspector ("USPI"). I am currently assigned to the US Postal Inspection Service Philadelphia Division. I have been employed as a Postal Inspector since February 2006. As part of my duties as a Prohibited Mailing Specialist, I investigate the use of the U. S. Mails and private carriers to illegally transport controlled substances and drug trafficking instrumentalities, in violation of Title 21, United States Code, Sections 841 (a) (1), 843 (b), and 846. Prior to becoming a U.S. Postal Inspector I was employed for three and a half years by the Maiden Police Department, NC as a Police Officer. I have been trained in various aspects of law enforcement, including the investigation of narcotics offenses. I have participated in investigations, which have resulted in the arrest of individuals who have received and distributed controlled substances, as well as the seizure of illegal drugs and proceeds from the sale of those illegal drugs.

2. On August 12, 2008, Postal Inspectors in the Philadelphia Division were contacted by Postal Inspectors working in Nashville, TN in reference to a suspect parcel identified by their local Narcotics Task Force. While conducting an official investigation, Task Force members intercepted information regarding a suspected narcotics parcel which was mailed from El Paso, TX to Dover, DE. The suspect parcel was described as a Priority Mail parcel bearing delivery confirmation number (0301 0120 0005 4846 1133). Based upon this information Postal Inspectors placed a mail watch for the suspect parcel with Postal Managers at the Dover, DE Post Office.

3. On August 14, 2008, Postal Managers at the Dover, DE Post Office notified U.S. Postal Inspectors that the suspect parcel had arrived. The suspect parcel, Priority Mail Parcel bearing delivery confirmation number (0301 0120 0005 4846 1133) is addressed to Mary Butler,                             Dover, DE 19901 and it has the number      written above      Postal Inspectors were told by Postal Managers at the Dover Post Office that a male by the name of Jeffrey Daniels called the Post Office on the morning of August 14, 2008 and wanted the parcel to be delivered to                    Dover, DE 19901. A check of the Accurint Law Enforcement database shows Jeffrey Daniels resides at              Dover, DE 19901. The suspect parcel has a return address of Keith Butler,              El P so, TX 79921.

4. On August 14, 2008, Postal Inspector Darby S. Hedrick obtained a federal search warrant          for the aforementioned parcel, which warrant was issued by the Honorable Mary Pat Thynge, U.S. Magistrate Judge, District of Delaware. The parcel was opened and the subsequent search of the parcel found that it contained three bricks of a white powdery substance with a combined weight of 7 ½ pounds. Postal Inspectors field tested the white powder and received a positive result for the presence of cocaine.

5.  On August 15, 2008, U.S. Postal Inspectors conducted a controlled delivery of the aforementioned parcel described above to                        , Dover, DE 19901. Prior to delivery, law enforcement removed the suspected cocaine from the parcel described in paragraph 4 above and replaced it with a sham substance similar in appearance to the original contents of the package but containing only a trace amount of cocaine (approximately 100 grams) recovered from the original parcel. Also placed inside the package was an entry detection or transponder device, also known as a beeper, pursuant to authorization of United States Magistrate Judge Mary Pat Thynge. A U.S. Postal Inspector posing as a Postal Letter Carrier delivered Priority Mail Parcel (0301 0120 0005 4846 1133) to                       Dover, DE 19901.

6.  At approximately 1:55 p.m., surveillance was established at                        , Dover, Delaware, the address to which the package was addressed. At approximately 2:05 p.m., a Postal Inspector, acting in an undercover capacity as a letter carrier, departed a neutral location en route to deliver the package. Shortly thereafter, the undercover Postal Inspector arrived at                           Dover, Delaware, and knocked on the front door. After knocking and no one answering the door, the undercover Postal Inspector placed a United States Post Office document on the front door indicating that an attempt had been made to deliver the package to that residence.

7.  At approximately 2:32 p.m., surveillance officers saw a male (subsequently identified as Kenneth Kilson) arrive at                               , Dover, Delaware operating a black Mercedes Benz sedan. Kilson then exited the vehicle and retrieved the USPS document attached to the front door. While the Mercedes was parked at                              , Dover, Delaware, a second male (subsequently identified as Jefferey Daniels) arrived at that location from an unknown area and entered the Mercedes. Kilson then returned to the Mercedes and departed the area with Daniels in the Mercedes.

8.  At approximately 2:38 p.m., surveillance officers saw Kilson and Daniels arrive in the same black Mercedes Benz sedan at the United States Post Office located on Loockerman Street in Dover, Delaware. Surveillance officers witnessed Daniels meet with an unknown female in the parking lot of the post office. Shortly thereafter, the unknown female entered the post office. Within minutes, the unknown female exited the post office and Kilson and Daniels departed the area in the Mercedes. Surveillance of the Mercedes was maintained.

9.  At approximately 3:23 p.m., Kilson and Daniels returned to                        , Dover, Delaware, in the Mercedes. Both Kilson and Daniels entered the residence. At approximately 3:35 p.m., the undercover Postal Inspector arrived at                               Dover, Delaware, in order to deliver the package containing the approximately 100 grams of cocaine and 2.9 kilograms of "sham" cocaine. The undercover Postal Inspector then knocked on the front door of the

residence. After knocking, Daniels answered the door. Daniels signed and printed his name on the United States Post Office document to accept delivery of the package. Daniels then carried the package inside the residence as the undercover Postal Inspector departed the area.

10. Shortly thereafter, Daniels exited                                    Dover, Delaware, carrying the package and placed it into the rear seat of the Mercedes. Daniels then returned to the residence. Within seconds, Kilson ran out of the residence and entered the driver's seat of the Mercedes while Daniels closed the front door of the residence and, hands visibly shaking, locked the door. Daniels then walked from the front door towards the passenger side of the Mercedes. At that time, law enforcement officials approached the scene in vehicles in order to affect the arrest of Kilson and Daniels.

11. Task Force Officer Marvin Mailey, Special Agent Jay Stewart and Detective Randy Robbins first approached the Mercedes from the front. The Mercedes, operated by Kilson, attempted to flee past the vehicle operated by TFO Mailey and struck the driver's side of TFO Mailey's vehicle. After striking TFO Mailey's vehicle, Kilson drove the Mercedes in reverse at a high rate of speed and hit the front of TFO Ron Marzec's vehicle as TFO Marzec approached the scene operating his vehicle. The impact on TFO Marzec's was so severe that both the driver and front passenger airbags deployed. The Mercedes then came to a stop and Kilson was arrested without further incident.

12. Daniels, who had been at the back of the Mercedes at the time officers approached, fled the area on foot. Law enforcement officials pursued Daniels on foot and ultimately arrested him shortly thereafter.

13. After Kilson and Daniels were arrested, the package containing the approximately 100 grams of cocaine and approximately 2.9 grams of "sham" cocaine was recovered by SA Jeffrey Dunn from the rear seat of the Mercedes.

14. Subsequently, Delaware State Trooper Jeremiah Lloyd applied for, and was granted a search warrant for                           Dover, Delaware, by a State of Delaware Superior Court Judge. At approximately 7:08 p.m., entry was made into                          , Dover, Delaware. A search of the residence resulted in the seizure of the following evidence:

- Approximately 78 grams of suspected crack cocaine. The substance was field tested and tested positive for the presence of cocaine
- One (1) GE single burner electric hot plate and instruction booklet with suspected cocaine residue.
- One (1) box of fold and close sandwich bags
- One (1) AWS digital scale with suspected cocaine residue

- Miscellaneous documents, including mail addressed to Jefferey Daniels at _____, Dover, Delaware

15. All are items that I know from my training and experience, are used in the distribution of controlled substances.

16. Based on the above, there is probable cause that Jeffrey Daniels and Kenneth Kilson conspired to possess with intent to distribute more than five hundred grams of cocaine, in violation of Title 21 United States Code §§ 841 (a) (1) and (b)(1)(B) and 846.